IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARION SKORO and MIRELLA SKORO, as individuals, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| STATE FARM FIRE AND CASUALTY CORPORATION, an Illinois Corporation, | ) ) ) |
| Defendant. | |

3:14-CV-00730-JE

ORDER OF DISMISSAL

JELDERKS, Magistrate Judge:

Per the stipulation of the parties, IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without fees or costs to any party; (2) pending motions, if any, are DENIED as moot; (3) the pending Findings and Recommendation is STRICKEN; and (4) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 22nd day of September, 2015.

/s/ John Jelderks
JOHN JELDERKS
United States Magistrate Judge